PAUL BICJEN, Appellant, *v.* FRANK VASSI et al., Copartners under the Firm Name of LUCAS, VASSI & INDELICATO, et al., Respondents.

(Argued May 12, 1932; decided June 2, 1932.)

*Frederick M. Schlater* and *H. Walter Reynolds* for appellant.

*Sydney Weitzer* for Frank Vassi et al., respondents.

*Leo C. Weiler, Thomas E. Nolan, Max Ash* and *William E. Lowther* for Realty Construction Corporation et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.